THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN H. DEISTER, Respondent, *v.* THOMAS J. WINTERMUTE, Appellant.

*People ex rel. Deister* v. *Wintermute,* 134 App. Div. 65, affirmed.
(Argued December 10, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 20, 1909, affirming a judgment in favor of plain-

tiff entered upon a decision of the court at a Trial Term without a jury in an action of quo warranto.

*Richard H. Thurston* for appellant.

*Michael Danaher, John J. Crowley* and *Edward R. O'Malley, Attorney-General,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.